Michael Peffer (SBN: 192265)
PACIFIC JUSTICE INSTITUTE
2200 N. Grand Ave.
Santa Ana, CA 92704
Tel: (714) 796-7150
Email:  michaelpeffer@pji.org

Attorney for Plaintiff, JOSHUA HAHN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HAHN, an individual,<br>          Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD, and DOES 1 to 100, inclusive,<br>          Defendants. | CASE NO.:   8:23-CV-02046-FWS-JDE<br><br>Judge:  HON. FRED W. SLAUGHTER<br><br>**NOTICE OF SETTLEMENT PURSUANT TO C.D. CAL. L.R. 40-2** |

**TO THIS HONORABLE COURT:**

On May 29, 2024, counsel for the parties concluded ongoing settlement discussions; and are pleased to advise this Court that the case is now settled.

Counsel for the Defendant is preparing the settlement agreement and upon review by counsel for the Plaintiff, Plaintiff will sign it. The parties agreed that the case will be ready for dismissal within 30 days.

/ / /

/ / /

/ / /

- 1 -
**NOTICE OF SETTLEMENT PURSUANT TO C.D. CAL. L.R. 40-2**

1 | DATED: May 29, 2024              PACIFIC JUSTICE INSTITUTE

             By: */s/Michael J. Peffer*
             MICHAEL PEFFER, ESQ.,
             Attorneys for Plaintiff, JOSHUA HAHN